Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SKYBELL TECHNOLOGIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAWN MARTIN, an individual,<br><br>Defendant. | CASE NO. 8:18-cv-00001-AG-KES<br>*District Judge: Andrew J. Guilford*<br>*Magistrate Judge: Karen E. Scott*<br><br>**ORDER DISMISSING WITH PREJUDICE THE COMPLAINT AND COUNTERCLAIM**<br><br>Complaint served: January 6, 2018 |
| DAWN MARTIN, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>SKYBELL TECHNOLOGIES, INC., a Nevada Corporation,<br><br>Counter-defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

-1- 8:18-cv-00001-AG-KES

[PROPOSED] ORDER DISMISSING WITH PREJUDICE THE COMPLAINT AND COUNTERCLAIM

Pursuant to the joint stipulation entered into by and between the parties for dismissal with prejudice of the remaining claims in the Complaint and Counterclaim, and for good cause shown, the Complaint and Counterclaim are dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(1).

IT IS SO ORDERED.

Dated: September 28, 2018

_____
Hon. Andrew J. Guilford
United States District Court Judge

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

AETNA/1108963/25934964v.2